FILED

05/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0676

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0676

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHARLES GEORGE BURKETT,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing, as well as agreement, IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including July 5, 2020, within which to prepare, file and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 26 2020